UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80254-CIV-HURLEY/HOPKINS

TIARA CONDOMINIUM ASS'N, INC.,

    Plaintiff,

v.

MARSH USA, INC.,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE AND DENYING DEFENDANT'S
SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** is before the court upon defendant's supplemental motion for attorneys' fees [DE # 252] and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge [DE # 260], recommending that the court deny the motion without prejudice to renew after the pending appeal on defendant's initial motion for attorneys' fees is resolved. No objections were filed to the magistrate judge's amended report.

The court has carefully reviewed the Magistrate Judge's report and finds his recommendations to be sound and well reasoned. The court therefore adopts those recommendations.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The report and recommendation of the United States Magistrate Judge [DE # 260] is **ADOPTED** in its entirety and incorporated herein by reference.

2. Defendant's supplemental motion for attorneys' fees [DE # 252] is **DENIED WITHOUT PREJUDICE** to renewal after the pending appeal is resolved.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 29th day of December, 2010.

                                                  Daniel T. K. Hurley  
                                                United States District Judge

*Copies provided to counsel of record*  
Hon. James M. Hopkins