UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80254-CIV-HURLEY

**TIARA CONDOMINIUM ASSOCIATION, INC.,**

    **Plaintiff,**

vs.

**MARSH USA INC.,**

    **Defendant.**

_____/

## FINAL JUDGMENT

    **THIS CAUSE** is before the court following a jury verdict, returned on October 30, 2014 [D.E. 498]. The Court hereby enters judgment pursuant to Fed. R. Civ. P. 58 as follows:

    1.    **FINAL JUDGMENT** is entered against the plaintiff, Tiara Condominium Association, Inc., who shall take nothing by this action, and in favor of the defendant, Marsh USA Inc., who shall go hence without day.

    2.    This court reserves jurisdiction to award costs and attorneys' fees if appropriate.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 6th day of November, 2014.

                                                      _/s/ Daniel T. K. Hurley_
                                                     Daniel T. K. Hurley
                                                    United States District Judge

*Copies provided to counsel of record*